IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00198-LTB

YOUNG YIL JO,

        Plaintiff,

v.

SIX UNKNOWN NAMES [sic] AGENTS, and
BARAK OBAMA, Mr. President of the United States,

        Defendants.

---

## JUDGMENT

---

        Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on March 7, 2013, it is hereby

        ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

        DATED at Denver, Colorado, this 7 day of March, 2013.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/  S. Grimm
                            Deputy Clerk